

WDM/GDB: USAO 2018R00430

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 AUG 27 PM 3:51

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. PWG 18cr448 |
| v. | * | |
| | * | (Murder Resulting from the Use, |
| LEVY STEVEN MOORE, | * | Carrying, Brandishing, and |
| | * | Discharging of a Firearm During and |
| Defendant | * | in Relation to a Crime of Violence, |
| | * | 18 U.S.C. § 924(j); Forfeiture, |
| | * | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Murder Resulting from the Use, Carrying, Brandishing, and
Discharging of a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland charges that:

### Introduction

1. In and around 2002, Business-1 was located in the area of Upper Marlboro, Maryland, and engaged in interstate commerce in ways including selling items that were manufactured and produced outside of Maryland.

2. In October 2002, Victim-1 was employed by Business-1. The responsibilities of Victim-1 included taking currency and coin of Business-1 to the bank for deposit into the business account of Business-1. Contemporaneously with making deposits at the bank, Victim-1 also would obtain operating money used in business activities of Business-1.

3. On or about October 25, 2002, the Defendant, **LEVY STEVEN MOORE** (**"MOORE"**), and at least one other accomplice, planned to rob Victim-1 of the business monies of Business-1.

3. On or about October 25, 2002, Victim-1 made a deposit into the business account of Business-1 at a bank located on Central Avenue in Capitol Heights, Maryland, and obtained money to be used in the operation of Business-1.

4. When Victim-1 was returning to his automobile in the bank parking lot, **MOORE**, armed with a firearm, robbed Victim-1 of the money of Business-1, which Victim-1 had in his possession. In the perpetration of robbing Victim-1, **MOORE** shot Victim-1, who collapsed to the ground after being shot.

5. Thereafter, **MOORE** got into a Nissan Maxima driven by an accomplice. While effecting their escape in the Maxima, the accomplice and **MOORE** struck Victim-1's vehicle, ran over Victim-1, and left Victim-1 lying in the bank parking lot.

## The Charge

On or about October 25, 2002, in the District of Maryland, the defendant,

**LEVY STEVEN MOORE,**

did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, to wit, interference with interstate commerce by robbery, in violation of 18 U.S.C. § 1951, and the course of that crime caused the death of a person through the use of a firearm, which killing was a murder as defined in 18 U.S.C. § 1111, in that the defendant, with malice aforethought, unlawfully killed a human being, to wit, Victim-1, in the perpetration of a robbery.

18 U.S.C. § 924(j)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), in the event of the defendant's conviction under Count One of this Indictment.

2. As a result of the offense set forth in Count One, the defendant,

**LEVY STEVEN MOORE,**

shall forfeit to the United States the firearm involved in Count One.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert K. Hur/WDM*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: Aug 27, 2018