## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

In and around 2002, Business-1 was located in the area of Upper Marlboro, Maryland, and engaged in interstate commerce in various ways, including selling items that were manufactured and produced outside of Maryland. In October 2002, Victim-1 was employed by Business-1. The responsibilities of Victim-1 included taking currency and coin of Business-1 to the bank for deposit into Business-1's bank account. Contemporaneously with making deposits at the bank, Victim-1 also would obtain operating money used in business activities of Business-1.

On or about October 25, 2002, the Defendant, **LEVY STEVEN MOORE ("MOORE")**, and at least one other accomplice, planned to rob Victim-1 of the business monies of Business-1. Pursuant to that plan, **MOORE** and his accomplice drove to Business-1 and waited outside for Victim-1 to leave with the cash deposit of Business-1. **MOORE** was armed with a firearm and his accomplice was driving. **MOORE** and his accomplice were traveling in a black Nissan Maxima. **MOORE** and his accomplice followed Victim-1 from Business-1 to the bank of Business-1 located on Central Avenue in Capitol Heights, Maryland.

Victim-1 made the deposit at the bank, and obtained $2,200 in currency and coin from the account of Business-1 as daily operating funds for Business-1. The currency and coin were placed in a bag, and when Victim-1 was walking from the bank to his vehicle in the bank parking lot, he was confronted by **MOORE**, who attempted to take the money bag from Victim-1. During the robbery of Victim-1, **MOORE** brandished and discharged the firearm in his possession, and wounded Victim-1. Victim-1 sustained a gunshot wound to the left side of the base of the neck, which caused his death. After being shot, Victim-1 collapsed to the pavement. **MOORE** took the money bag, and got into the Nissan Maxima, where the accomplice was waiting in the driver's seat. While fleeing the scene, the accomplice backed the Nissan Maxima into Victim-1's vehicle, ran over Victim-1, and left Victim-1 lying in the bank parking lot.

Rev. August 2018

SO STIPULATED:

_____
William D. Moomau
Gregory D. Bernstein
Assistant United States Attorney

_____
Levy Steven Moore
Defendant

_____
John Chamble, Esq.
Amy Fitzgibbons, Esq.
Counsel for Defendant

Rev. August 2018

10